```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 15929
   DARREN B MOORE
   TERESA D MOORE                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6955     SSN XXX-XX-1621

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/31/2007 and was confirmed 10/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 05/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
GREE TREE SERVICING LLC   CURRENT MORTG         .00            .00            .00
GREEN TREE FINANCING      NOTICE ONLY    NOT FILED             .00            .00
AMERICAN HONDA FINANCE C  SECURED VEHIC    23514.19         510.40        1974.06
AMERICAN HONDA FINANCE C  UNSECURED      NOT FILED             .00            .00
AMERICAN HONDA FINANCE    NOTICE ONLY    NOT FILED             .00            .00
ARONSON FURNITURE         NOTICE ONLY    NOT FILED             .00            .00
ARROW INVESTMENTS         UNSECURED      NOT FILED             .00            .00
WEST ASSET MANAGEMENT     UNSECURED      NOT FILED             .00            .00
BLACK EXPRESSIONS         UNSECURED      NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED             .00            .00
CITY OF CHICAGO REVENUE   UNSECURED      NOT FILED             .00            .00
CREDIT PROTECTION         UNSECURED      NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED             .00            .00
CORPORATE AMERICA FEDERA  UNSECURED         1500.00             .00            .00
FFCC-COLUMBUS INC         UNSECURED      NOT FILED             .00            .00
THE BUREAUS INC           UNSECURED      NOT FILED             .00            .00
FINGERHUT CORP            UNSECURED      NOT FILED             .00            .00
FIRST NATIONAL CREDIT CA  UNSECURED      NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          403.51             .00            .00
ALLIANCE ONE              NOTICE ONLY    NOT FILED             .00            .00
PREMIER BANKCARD          UNSECURED          421.33             .00            .00
PREMIER BANKCARD          UNSECURED          238.50             .00            .00
FIRST PREMIER BANK        NOTICE ONLY    NOT FILED             .00            .00
FIRST PREMIER BANK        NOTICE ONLY    NOT FILED             .00            .00
FIRST PREMIER BANK        NOTICE ONLY    NOT FILED             .00            .00
GINNYS                    UNSECURED      NOT FILED             .00            .00
CASH NET                  UNSECURED      NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          718.08             .00            .00
CCB CREDIT SERVICES INC   NOTICE ONLY    NOT FILED             .00            .00
HOUSEHOLD FINANCE CORPOR  UNSECURED          178.86             .00            .00
HSBC                      NOTICE ONLY    NOT FILED             .00            .00
JAMES E BECKETT MD        UNSECURED      NOT FILED             .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 15929 DARREN B MOORE & TERESA D MOORE
```

```
MARQUETTE ORTHOPAEDIC      UNSECURED       NOT FILED            .00          .00
AIS SERVICES LLC           UNSECURED         288.00             .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1204.52             .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00          .00
PPGC                       UNSECURED       NOT FILED            .00          .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         208.45             .00          .00
FFCC-COLUMBUS INC          UNSECURED         390.00             .00          .00
CDA PONTIAC                UNSECURED       NOT FILED            .00          .00
TALRO AUTO INSURANCE AGE   UNSECURED       NOT FILED            .00          .00
TCF BANK                   NOTICE ONLY     NOT FILED            .00          .00
TCF NATIONAL BANK          UNSECURED       NOT FILED            .00          .00
MILLENIUM CREDIT CONSULT   UNSECURED       NOT FILED            .00          .00
TCF NATIONAL BANK          UNSECURED       NOT FILED            .00          .00
TCF NATIONAL BANK          NOTICE ONLY     NOT FILED            .00          .00
JEFFERSON CAPITAL SYSTEM   FILED LATE           .00             .00          .00
US CELLULAR                UNSECURED       NOT FILED            .00          .00
UPFRONT                    UNSECURED       NOT FILED            .00          .00
VERIZON WIRELESS           UNSECURED         317.75             .00          .00
VONAGE                     UNSECURED       NOT FILED            .00          .00
ER SOLUTIONS INC           UNSECURED         499.20             .00          .00
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED            .00          .00
PREMIUM ASSET RECOVERY C   UNSECURED        1435.00             .00          .00
WILLAIM J COHEN            UNSECURED       NOT FILED            .00          .00
EDOLLARS DIRECT            NOTICE ONLY     NOT FILED            .00          .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         349.44             .00          .00
CAPITAL ONE                UNSECURED        1321.41             .00          .00
BANK OF AMERICA NA         UNSECURED       NOT FILED            .00          .00
GALWAY FINANCIAL SERV      UNSECURED         313.00             .00          .00
NORTHLAND GROUP            NOTICE ONLY     NOT FILED            .00          .00
ROUNDUP FUNDING LLC        UNSECURED         520.00             .00          .00
NATIONAL CREDIT ADJUSTER   NOTICE ONLY     NOT FILED            .00          .00
PREMIUM ASSET RECOVERY C   UNSECURED        1159.00             .00          .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     3,474.00                       496.79
TOM VAUGHN                 TRUSTEE                                        205.75
DEBTOR REFUND              REFUND                                            .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  3,187.00

PRIORITY                                           .00
SECURED                                       1,974.06
    INTEREST                                    510.40
UNSECURED                                          .00
ADMINISTRATIVE                                  496.79
TRUSTEE COMPENSATION                            205.75

              PAGE  2 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 15929 DARREN B MOORE & TERESA D MOORE
```

```
DEBTOR REFUND                                                          .00
                                          ---------------    ---------------
TOTALS                                           3,187.00           3,187.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE